UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 07-80279-CIV-MARRA

MICHAEL BRAUCHLE, CHRISTOPHER
BUTLER, RICHARD CHANDLER,
RICHARD ROUNTRY, JR., JENNIFER
ROUNTRY, and KIMBERLY ROUNTRY,
on their own and on behalf of others similarly
situated,

       Plaintiffs,
v.

SOUTHERN SPORTS GRILL, INC., a
Florida Corporation, and JAYSON
BABOOLAL, individually, and
KAMLAWATIE KADIR, individually,

       Defendants.
_____/

**FINAL JUDGMENT AS TO PLAINTIFFS CHRISTOPHER BUTLER, RICHARD
CHANDLER, RICHARD ROUNTRY, JR., JENNIFER ROUNTRY,
AND KIMBERLY ROUNTRY,
AND ORDER REFERRING CASE TO MAGISTRATE JUDGE**

THIS CAUSE is before the Court upon the separately entered Order and Opinion granting in part and denying in part Plaintiffs' Motion for Summary Judgment (DE 58).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Defendants SOUTHERN SPORTS GRILL, INC., JAYSON BABOOLAL, and KAMLAWATIE KADIR, shall pay to Plaintiff Christopher Butler the sum of SEVENTEEN THOUSAND FOUR HUNDRED DOLLARS ($17,400.00) for back pay damages for unpaid overtime.

2. The Defendants SOUTHERN SPORTS GRILL, INC., JAYSON BABOOLAL, and KAMLAWATIE KADIR, shall pay to Plaintiff Christopher Butler the sum of SEVENTEEN

THOUSAND FOUR HUNDRED DOLLARS ($17,400.00) for liquidated damages pursuant to 29 U.S.C. § 216(b).

3. The Defendants SOUTHERN SPORTS GRILL, INC., JAYSON BABOOLAL, and KAMLAWATIE KADIR, shall pay to Plaintiff Richard Chandler the sum of SEVEN HUNDRED FIFTY-THREE DOLLARS ($753.00) for back pay damages for unpaid overtime.

4. The Defendants SOUTHERN SPORTS GRILL, INC., JAYSON BABOOLAL, and KAMLAWATIE KADIR, shall pay to Plaintiff Richard Chandler the sum of SEVEN HUNDRED FIFTY-THREE DOLLARS ($753.00) for liquidated damages pursuant to 29 U.S.C. § 216(b).

5. The Defendants SOUTHERN SPORTS GRILL, INC., JAYSON BABOOLAL, and KAMLAWATIE KADIR, shall pay to Plaintiff Richard Rountry, Jr. the sum of THREE HUNDRED AND NINE DOLLARS ($309.00) for back pay damages for minimum wage pay.

6. The Defendants SOUTHERN SPORTS GRILL, INC., JAYSON BABOOLAL, and KAMLAWATIE KADIR, shall pay to Plaintiff Richard Rountry, Jr. the sum of THREE HUNDRED AND NINE DOLLARS ($309.00) for liquidated damages pursuant to 29 U.S.C. § 216(b).

7. The Defendants SOUTHERN SPORTS GRILL, INC., JAYSON BABOOLAL, and KAMLAWATIE KADIR, shall pay to Plaintiff Jennifer Rountry. the sum of SEVEN DOLLARS AND EIGHT CENTS ($7.08) for back pay damages for minimum wage pay.

8. The Defendants SOUTHERN SPORTS GRILL, INC., JAYSON BABOOLAL, and KAMLAWATIE KADIR, shall pay to Plaintiff Jennifer Rountry. the sum of SEVEN DOLLARS AND EIGHT CENTS ($7.08) for liquidated damages pursuant to 29 U.S.C. §  216(b).

9. The Defendants SOUTHERN SPORTS GRILL, INC., JAYSON BABOOLAL, and KAMLAWATIE KADIR, shall pay to Plaintiff Kimberly Rountry. the sum of FOURTEEN DOLLARS AND SIXTEEN CENTS ($14.16) for back pay damages for minimum wage pay.

10. The Defendants SOUTHERN SPORTS GRILL, INC., JAYSON BABOOLAL, and KAMLAWATIE KADIR, shall pay to Plaintiff Kimberly Rountry. the sum of FOURTEEN DOLLARS AND SIXTEEN CENTS ($14.16) for liquidated damages pursuant to 29 U.S.C. § 216(b).

11. Christopher Butler shall recover a total of $34,800.00 from Defendants SOUTHERN SPORTS GRILL, INC., JAYSON BABOOLAL, and KAMLAWATIE KADIR, jointly and severally, for which let execution issue. This award shall accrue post judgment interest at the rate of 1.66% from the date of this Order.

12. Richard Chandler shall recover a total of $1,506.00 from Defendants SOUTHERN SPORTS GRILL, INC., JAYSON BABOOLAL, and KAMLAWATIE KADIR, jointly and severally, for which let execution issue. This award shall accrue post judgment interest at the rate of 1.66% from the date of this Order.

13. Richard Rountry, Jr. shall recover a total of $618.00 from Defendants SOUTHERN SPORTS GRILL, INC., JAYSON BABOOLAL, and KAMLAWATIE KADIR, jointly and severally, for which let execution issue. This award shall accrue post judgment interest at the rate of 1.66% from the date of this Order.

14. Jennifer Rountry shall recover a total of $14.16 from Defendants SOUTHERN SPORTS GRILL, INC., JAYSON BABOOLAL, and KAMLAWATIE KADIR, jointly and severally, for which let execution issue. This award shall accrue post judgment interest at the rate of 1.66% from the date of this Order.

15. Kimberly Rountry shall recover a total of $28.32 from Defendants SOUTHERN SPORTS GRILL, INC., JAYSON BABOOLAL, and KAMLAWATIE KADIR, jointly and severally,

for which let execution issue.  This award shall accrue post judgment interest at the rate of 1.66% from the date of this Order.

16. Plaintiffs are entitled to a reasonable attorney's fee and costs of the action to be paid by the Defendants.  See 29 U.S.C.A. § 216(b).  The Court reserves judgment at this time on the amount due to Plaintiffs under this ruling.

17. Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned case is hereby **REFERRED** to United States Magistrate Judge Linnea R. Johnson for a report and recommendation on the exact amount of attorneys' fees and costs due to Plaintiffs under this Order.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 27th day of October, 2008.

_____
KENNETH A. MARRA
United States District Court

Copies furnished to:
all counsel of record

Southern Sports Grill, Inc.
10897 Sunset Ridge Circle
Boynton Beach, FL 33473

Jayson Baboolal
10897 Sunset Ridge Circle
Boynton Beach, FL 33473

Kamlawatie Kadir
1850 N.E. 26th Street
Wilton Manors, FL 33305